UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| DANNY A. TEMPLETON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:19-CV-71-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| APPOLO FUELS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Plaintiff Templeton moves to add the Director of the DOL Office of Workers' Compensation Programs as a party to this matter. DE 27 (Motion). Defendants do not object to the proposed joinder, but argue that the Director, having asserted no claims, should not be added as a plaintiff, but as a defendant. *See* DE 29 & 30 (Responses). The Court agrees that the Director would not properly be joined as a plaintiff, at least not yet. *See, e.g.*, *Karmanos v. Baker*, 617 F. Supp. 809, 814 (E.D. Mich. 1985) ("'In spite of the great liberality of Rule 20(a), the rule does not excuse any of the joined parties from the obligation to state a claim against defendant or defendants upon which relief may be granted.' C. Wright & A. Miller, 7 Federal Practice and Procedure § 1656 at 284–85 (1972)."), *aff'd*, 816 F.2d 258 (6th Cir. 1987).

That said, the Director is a required party in place of the Secretary—this is an action relative to a benefit claim. Joinder thus exonerates the mandated statutory role. The Director further, in the place of the Secretary, should declare any claim it asserts (by way of subrogation, benefits payment obligation, claim to enforcement of a benefits order, or otherwise) against or concerning any other party. The Court will nominally join

the Director as a Defendant and require the Director to respond as directed by this Order. The Court may realign the Director depending on pleadings or filings as they develop.

For the reasons and on the terms stated, the Court **GRANTS** DE 27. The Court **DIRECTS** the Clerk to add the Department of Labor's Director of the Office of Workers' Compensation Programs as a Defendant in this matter. Plaintiff **SHALL** timely secure summons and serve the Complaint and this Order on the Secretary. The Director **SHALL** timely plead after completion of service.

This the 30th day of September, 2019.

Signed By:
*Robert E. Wier*   REW
United States District Judge